B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Todd T. Hector**
**Lisl B. Hector**
Debtor(s)

Case No. **09-38466**
Chapter **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **22** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **October 30, 2009**    Signature **/s/ Todd T. Hector**
**Todd T. Hector**
Debtor

Date **October 30, 2009**    Signature **/s/ Lisl B. Hector**
**Lisl B. Hector**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.