B6D (Official Form 6D) (12/07)

In re **Todd T. Hector,**
       **Lisl B. Hector**
                                                                    Case No. __**09-38466**__
_____,
                          Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **-8339/07 CH 003335** <br><br> **Bank of America** <br> **P.O. Box 1848** <br> **Greensboro, NC 27420** | | - | **2/2007** <br> **First Mortgage** <br> **Single Family residence commonly known as** <br> **7605 Dunham** <br> **Woodridge, IL** <br> Value $ 500,000.00 | | | | **1,126,666.00** | **626,666.00** |
| Account No. **-6808** <br><br> **Bank of America** <br> **P.O. Box 1848** <br> **Greensboro, NC 27420** | | - | **Second mortgage** <br> **Single Family residence commonly known as** <br> **7605 Dunham** <br> **Woodridge, IL** <br> Value $ 500,000.00 | | | | **119,887.00** | **119,887.00** |
| Account No. **-2202** <br><br> **Bank of America** <br> **P.O. Box 1848** <br> **Greensboro, NC 27420** | | - | **12/2006** <br> **First mortgage** <br> **Single Family residence commonly known as** <br> **7613 Dunham** <br> **Woodridge, IL** <br> Value $ 500,000.00 | | | | **1,000,000.00** | **500,000.00** |
| Account No. **-9355 2/08L742** <br><br> **Citi Mortgage** <br> **P.O. Box 183040** <br> **Columbus, OH 43218** | | - | **Second mortgage** <br> **Single Family residence commonly known as** <br> **7613 Dunham** <br> **Woodridge, IL** <br> Value $ 500,000.00 | | | | **125,000.00** | **125,000.00** |
| __**2**__ continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | **2,371,553.00** | **1,371,553.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                     Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Todd T. Hector,**
**Lisl B. Hector** Case No. **09-38466**
, Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **-3801/-1288** <br><br>**Countrywide**<br>**P.O. Box 5170**<br>**Simi Valley, CA 93062** | - | | **First mortgage**<br><br>**Single Family residence commonly known as**<br>**6105 Springside**<br>**Downers Grove, IL**<br><br>Value $ **300,000.00** | | | | **324,000.00** | **24,000.00** |
| Account No. **Case No. 07 CH 3352** <br><br>**Alberta Dichtl**<br>**c/o Laria & Hubbard**<br>**1761 S. Naperville Rd., #203**<br>**Wheaton, IL 60189** | - | | **Second mortgage**<br><br>**Single Family residence commonly known as**<br>**6105 Springside**<br>**Downers Grove, IL**<br><br>Value $ **300,000.00** | | | | **178,074.00** | **178,074.00** |
| Account No. **-1542** <br><br>**Indy Mac Mortgage Services**<br>**P.O. Box 78826**<br>**Phoenix, AZ 85062-8826** | - | | **3/2006**<br><br>**Second mortgage**<br><br>**Primary residence located at 10 S 049 Book Rd., Naperville, IL 60564**<br><br>Value $ **650,000.00** | | | | **327,641.00** | **158,565.00** |
| Account No. **-9035** <br><br>**National City**<br>**B6 YM07 01 7**<br>**P.O. Box 1820**<br>**Dayton, OH 45401** | - | | **3/2006**<br><br>**First Mortgage**<br><br>**Single Family residence commonly known as**<br>**7609 Dunham**<br>**Woodridge, IL**<br><br>Value $ **500,000.00** | | | | **991,910.00** | **491,910.00** |
| Account No. **-7466** <br><br>**National City**<br>**B6 YM07 01 7**<br>**P.O. Box 1820**<br>**Dayton, OH 45401** | - | | **4/2007**<br><br>**Second mortgage**<br><br>**Single Family residence commonly known as**<br>**7609 Dunham**<br>**Woodridge, IL**<br><br>Value $ **500,000.00** | | | | **121,832.00** | **121,832.00** |

Sheet **1** of **2** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) **1,943,457.00** **974,381.00**

B6D (Official Form 6D) (12/07) - Cont.

In re **Todd T. Hector,**
**Lisl B. Hector** Case No. **09-38466**
                                                              ,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **-8586** <br><br> **Wells Fargo Home Mortgage** <br> **P.O. Box 660455** <br> **Dallas, TX 75266** | | - | **3/2006** <br><br> **First mortgage** <br><br> **Primary residence located at 10 S 049 Book Rd., Naperville, IL 60564** <br><br> Value $ **650,000.00** | | | | **480,924.00** | **0.00** |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet **2** of **2** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) **480,924.00** **0.00**

Total (Report on Summary of Schedules) **4,795,934.00** **2,345,934.00**

B6E (Official Form 6E) (12/07)

In re  **Todd T. Hector,**　　　　　　　　　　　　　　　　　　　　　　　　　Case No. __**09-38466**__
　　　　**Lisl B. Hector**
_____,
　　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

　　　　A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

　　　　The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

　　　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　　　Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

　　　　Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

　　　　Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**　(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

　　Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

　　Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

　　Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

　　Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

　　Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

　　Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

　　Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

　　Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

　　Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_____

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

　　　　　　　　　　　　　　　　　　　　　__**1**__　 continuation sheets attached

**B6E (Official Form 6E) (12/07) - Cont.**

In re **Todd T. Hector,**
**Lisl B. Hector**
,
Debtors

Case No. **09-38466**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Husband's SSN** <br><br>**Illinois Department of Revenue**<br>**101 W. Jefferson St.**<br>**Springfield, IL 62794** | | - | **Taxes** | | | | **Unknown** | **Unknown** / **Unknown** |
| Account No. **Husband's SSN** <br><br>**Internal Revenue Service**<br>**230 S. Dearborn**<br>**Stop 5010CHI**<br>**Chicago, IL 60604** | | - | **Taxes** | | | | **Unknown** | **Unknown** / **Unknown** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    0.00    0.00 / 0.00

Total
(Report on Summary of Schedules)    0.00    0.00 / 0.00

B6F (Official Form 6F) (12/07)

In re **Todd T. Hector,**  
      **Lisl B. Hector**  
                                  Debtors

Case No. **09-38466**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **N77341** <br><br> **BMW Financial Services** <br> **c/o Acct Receivable Technologies** <br> **One Woodbridge Ctr, Suite 410** <br> **Woodbridge, NJ 07095-1304** | | W | **May, 2009** <br> **Balance due following lease** | | | | **6,383.00** |
| Account No. **4121 7413 . . .** <br><br> **Capital One** <br> **P.O. Box 6492** <br> **Carol Stream, IL 60197** | | H | **2008-09** <br> **Credit card purchases** <br> **Balance is approximate** | | | | **1,607.00** |
| Account No. **-5570** <br><br> **Capital One** <br> **P.O. Box 6492** <br> **Carol Stream, IL 60197** | | W | **2006-09** <br> **Credit card purchases** | | | | **13,517.00** |
| Account No. **-3149** <br><br> **Chase Card Services** <br> **P.O. Box 15153** <br> **Wilmington, DE 19886-5153** | | W | **2006-09** <br> **Credit card purchases** | | | | **5,029.00** |
| **3** continuation sheets attached | | | | | | Subtotal <br> (Total of this page) | **26,536.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re **Todd T. Hector,**
**Lisl B. Hector**, Case No. **09-38466**
_____,
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **-6516**<br>**Moore Wallace**<br>**c/o Biehl & Biehl Inc.**<br>**325 E. Fullerton Ave.**<br>**Carol Stream, IL 60188** | X | H | **2008**<br>**Trade Debt** | | | | **4,086.00** |
| Account No.<br>**NBG Land Partners**<br>**9575 W. Higgins Rd. Suite 700**<br>**Des Plaines, IL 60018** | | - | **2006-07**<br>**Trade Debt**<br>**Balance is approximate** | | | | **10,000.00** |
| Account No. **- 7343 4**<br>**Nicor**<br>**P.O. Box 0632**<br>**Aurora, IL 60507** | | H | **2007**<br>**Utilities** | | | | **208.00** |
| Account No. **-6609**<br>**Nicor**<br>**P.O. Box 870**<br>**Aurora, IL 60507** | X | H | **2008**<br>**Utilities** | | | | **3,863.00** |
| Account No. **-4305**<br>**Quest Diagnostics**<br>**AMCA 2269 S. Saw Mill River Rd.**<br>**Bldg. 3**<br>**Elmsford, NY 10523** | | J | **2008**<br>**Medical Services** | | | | **93.00** |

Sheet no. **1** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **18,250.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Todd T. Hector,**
**Lisl B. Hector** Case No. **09-38466**
_____,
Debtors

**AMENDED**
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **08-1918/ 09 AR 787**<br>**Repro Graphics**<br>**c/o The Chaet Kaplan Baim Firm**<br>**30 N. LaSalle St. Suite 1520**<br>**Chicago, IL 60602** | X | H | **2008**<br>**Trade Debt** | | | | 33,751.00 |
| Account No. **5121 0796 8534 xxxx**<br>**Sears/Citibank SD**<br>**P.O. Box 1990**<br>**Tempe, AZ 85280-1990** | | H | **2007-09**<br>**Credit card purchases** | | | | 1,090.00 |
| Account No.<br>**Spaceco Engineering**<br>**9575 W. Higgins Rd. #700**<br>**Des Plaines, IL 60018** | | - | **2006**<br>**Trade Debt**<br>**Balance is approximate** | | | | 75,000.00 |
| Account No. **-5178 RPMFN**<br>**Sprint**<br>**RPM**<br>**20816 44th Ave. W**<br>**Lynnwood, WA 98036** | | W | **2008**<br>**Phone** | | | | 1,291.00 |
| Account No. **-7602**<br>**Unisource Worldwide**<br>**c/o Teller Levit & Silvertrust**<br>**11 E. Adams St.**<br>**Chicago, IL 60603** | X | H | **2008**<br>**Trade Debt** | | | | 13,434.00 |

Sheet no. __2__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 124,566.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Todd T. Hector,**
**Lisl B. Hector** ,
Debtors

Case No. **09-38466**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Victor Envelope**<br>**301 Arthur Ct.**<br>**Bensenville, IL 60106** | X | H | 2008<br>Trade Debt | | | | 35,000.00 |
| Account No. **22229**<br>**Village of Woodridge**<br>**Five Plaza Dr.**<br>**Woodridge, IL 60517** | | - | 2009<br>fees and penalites<br>Balance is approximate | | | | 260.00 |
| Account No. **15082**<br>**Wheatland Dental Care**<br>**5060 Ace Lane Suite 100**<br>**Naperville, IL 60564** | | W | 2009<br>Dental services | | | | 499.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **3** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **35,759.00**

Total (Report on Summary of Schedules) **205,111.00**