B6B (Official Form 6B) (12/07)

In re **Todd T. Hector,**
     **Lisl B. Hector,**
                                                             Debtors

Case No. __**09-38466**__

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | J | **40.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account No. -5578**<br>**Burling Bank**<br>**141 W. Jackson Blvd**<br>**Chicago, IL  60604**<br>**Balance is approximate** | J | **389.17** |
| | | **Checking Account No. -0207**<br>**Burling Bank**<br>**141 W. Jackson Blvd**<br>**Chicago, IL  60604**<br>**Balance is approximate** | H | **258.65** |
| | | **Money Market Account No. -0902**<br>**E*Trade Securities**<br>**P.O. Box 1542**<br>**Merrifield, VA  22116** | H | **259.86** |
| | | **Checking Acct -1079**<br>**JP Morgan Chase Bank**<br>**P.O. Box 260180**<br>**Baton Rouge, LA  70826**<br>**Balance is approximate** | H | **27.81** |
| | | **Checking Account -6773**<br>**JP Morgan Chase Bank**<br>**P.O. Box 260180**<br>**Baton Rouge, LA  70826-0180**<br>**Balance is approximate** | W | **35.01** |
| | | **Checking Acct. -6782**<br>**JP Morgan Chase Bank**<br>**P.O. box 260180**<br>**Baton Rouge, LA  70826-0180**<br>**Balance is approximate** | W | **0.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

                                                         Sub-Total >   **1,010.50**
                                                      (Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Todd T. Hector,**
**Lisl B. Hector**
,
Debtors

Case No. **09-38466**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Usual and typical furniture and appliances including: 5 couches; 6 lounge chairs; kitchen table and chairs; china cabinet; piano; 2 bookcases; 10 lamps; 2 coffee tables; 2 end tables; 2 desks and chairs; 3 televisions; DVD player; 2 stereos; 3 beds; dresser; 3 nightstands; various tools; 2 outdoor furniture sets; 2 computers; kitchen appliances, cookware, etc.** | J | 7,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Pool table** | J | 350.00 |
| 6. | Wearing apparel. | | **Usual and typical used clothing** | J | 500.00 |
| 7. | Furs and jewelry. | | **Wedding ring** | W | 1,000.00 |
| | | | **Usual costume jewelry** | W | 500.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% of Abacus R.E. Group, LLC** | H | 0.00 |
| 14. | Interests in partnerships or joint ventures. Itemize. | X | | | |

Sub-Total > **9,350.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Todd T. Hector,**
**Lisl B. Hector**,
Debtors

Case No. **09-38466**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Todd T. Hector,** Case No. **09-38466**
**Lisl B. Hector**,
Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **17-year old horse named "Dillon"** | J | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >   0.00
(Total of this page)
Total >   10,360.50

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (12/07)

In re **Todd T. Hector,**
**Lisl B. Hector**, Case No. **09-38466**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box) $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| Primary residence located at 10 S 049 Book Rd., Naperville, IL 60564 | 735 ILCS 5/12-901 | 30,000.00 | 650,000.00 |
| **Cash on Hand** | | | |
| Cash on hand | 735 ILCS 5/12-1001(b) | 40.00 | 40.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking Account No. -5578 Burling Bank 141 W. Jackson Blvd Chicago, IL 60604 Balance is approximate | 735 ILCS 5/12-1001(b) | 389.17 | 389.17 |
| Checking Account No. -0207 Burling Bank 141 W. Jackson Blvd Chicago, IL 60604 Balance is approximate | 735 ILCS 5/12-1001(b) | 258.65 | 258.65 |
| Money Market Account No. -0902 E*Trade Securities P.O. Box 1542 Merrifield, VA 22116 | 735 ILCS 5/12-1001(b) | 259.86 | 259.86 |
| Checking Acct -1079 JP Morgan Chase Bank P.O. Box 260180 Baton Rouge, LA 70826 Balance is approximate | 735 ILCS 5/12-1001(b) | 27.81 | 27.81 |
| Checking Account -6773 JP Morgan Chase Bank P.O. Box 260180 Baton Rouge, LA 70826-0180 Balance is approximate | 735 ILCS 5/12-1001(b) | 35.01 | 35.01 |
| **Household Goods and Furnishings** | | | |
| Usual and typical furniture and appliances including: 5 couches; 6 lounge chairs; kitchen table and chairs; china cabinet; piano; 2 bookcases; 10 lamps; 2 coffee tables; 2 end tables; 2 desks and chairs; 3 televisions; DVD player; 2 stereos; 3 beds; dresser; 3 nightstands; various tools; 2 outdoor furniture sets; 2 computers; kitchen appliances, cookware, etc. | 735 ILCS 5/12-1001(b) | 5,489.50 | 7,000.00 |
| **Wearing Apparel** | | | |
| Usual and typical used clothing | 735 ILCS 5/12-1001(a) | 500.00 | 500.00 |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (12/07) -- Cont.

In re **Todd T. Hector,**
     **Lisl B. Hector**
                                                                                            Case No. **09-38466**
                                                        ,
                                                    Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Furs and Jewelry** | | | |
| **Wedding ring** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Usual costume jewelry** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| | Total: | **38,500.00** | **660,010.50** |

Sheet **1** of **1** continuation sheets attached to the Schedule of Property Claimed as Exempt