# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: )
)        Case No. 2009 B 38466
)        Chapter: 7
TODD T. HECTOR, )        Hearing Date: 10/30/2009
LISA B. HECTOR, )
)
Debtor(s) )        Judge Bruce W. Black (Joliet)

## ORDER MODIFYING THE AUTOMATIC STAY

**THIS CAUSE** coming to be heard on the motion of ALBERTA DICHTL, a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given; and the Court finding that the mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:

**WHEREFORE, IT IS HEREBY ORDERED:**

(1) Pursuant to 11 U.S.C. §362(d), that ALBERTA DICHTL it principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. §362(a) by modifying said stay to permit them to pursue their state court remedies as to the property commonly known as 6105 Springside Avenue, Downers Gove, IL.

(2) Rule 4001(a)(3) is not applicable and ALBERTA DICHTL may immediately enforce and implement this order granting relief from the automatic stay.

ENTER:

DATED: 1/15/10

_Jacqueline P. Cox_
UNITED STATES BANKRUPTCY JUDGE

Dennis A. Harrison
ARDC #6193284
Laraia, Hubbard, Harrison & Laraia, P.C.
1761 S. Naperville Road, Suite 203
Wheaton, IL 60189
(630) 690-6800