09-38466:44.1:Motion to Extend Time to Object to Discharge or Dischargeability Under 523/727:Proposed Order Entered: 1/5/2010 3:40:24 PM by:Dennis Harrison P

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                          )
                                )    Case No. 2009 B 38466
                                )    Chapter: 7
TODD T. HECTOR,                 )    Hearing Date: 10/30/2009
LISL B. HECTOR,                 )
                                )
            Debtor(s)           )    Judge Bruce W. Black (Joliet)

### ORDER EXTENDING TIME FOR FILING COMPLAINTS TO DETERMINE DISCHARGEABILITY AND OBJECTION TO DISCHARGE

**THIS CAUSE** coming to be heard on the motion of ALBERTA DICHTL, a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given; and the Court finding that the mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:

**WHEREFORE, IT IS HEREBY ORDERED:**

(1) ALBERTA DICHTL it principals, agents, successors and/or assigns is granted an extension of time for filing Complaints to determine dischargeability and objection to discharge until March 16, 2010.

DATED: 1/15/10

ENTER: *Jacqueline P. Cox*

UNITED STATES BANKRUPTCY JUDGE

Dennis A. Harrison
ARDC #6193284
Laraia, Hubbard, Harrison & Laraia, P.C.
1761 S. Naperville Road, Suite 203
Wheaton, IL 60189
(630) 690- 6800