# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: )
)
) Case No. 2009 B 38466
TODD T. HECTOR, ) Chapter: 7
LISL B. HECTOR, ) Hearing Date: 10/30/2009
)
)
Debtor(s) ) Judge Bruce W. Black (Joliet)

## ORDER DIRECTING EXAMINATION OF JEFFREY M. BOCK PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FILED BY ALBERTA DICHTL

**THIS CAUSE** coming to be heard on the motion of ALBERTA DICHTL, a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given; and the Court finding that the mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:

**WHEREFORE, IT IS HEREBY ORDERED:**

(1) ALBERTA DICHTL it principals, agents, successors and/or assigns is authorized to conduct an examination of JEFFREY M. BOCK under Federal Rule of Bankruptcy Procedure 2004; and

(2) JEFFREY M. BOCK is ordered to produce at such examination, the documents listed on the attached Exhibit "A."

DATED: 1/15/10

ENTER:

*Jacqueline P. Cox*

UNITED STATES BANKRUPTCY JUDGE

Dennis A. Harrison
ARDC #6193284
Laraia, Hubbard, Harrison & Laraia, P.C.
1761 S. Naperville Road, Suite 203
Wheaton, IL 60189
(630) 690-6800